# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| FIELDTURF USA, INC., et al. | CASE NO.  1:06 CV 2624 |
| Plaintiffs, | Judge Patricia A. Gaughan |
| v. | |
| SPORTS CONSTRUCTION GROUP, LLC. | **DEFENDANT'S NUNC PRO TUNC MOTION TO CLARIFY CASE MANAGEMENT ORDER** |
| Defendant. | |

Defendant Sports Construction Group, LLC moves this Court to issue an Order Nunc Pro Tunc to amend the Case Management Order filed on December 26, 2006.

At the case management conference, the Court adopted Defendant's proposed case management plan for Plaintiffs' initial disclosure of Asserted Claims and Preliminary Patent Infringement Contentions and Defendant's Preliminary Invalidity Contentions.  The Court ordered Plaintiffs to disclose their Asserted Claims and Preliminary Patent Infringement Contentions by January 10, 2007 and Defendant to disclose its Preliminary Invalidity Contentions by February 24, 2007.  In making these disclosures, the parties were to comply with the Local Patent Rules of United States District Court Northern District of California which govern these particular disclosures.

However, the requirement by the parties to make these disclosures has been omitted from the case management order.  To eliminate any uncertainty, Defendant requests that a further Case Management Order by issued Nunc Pro Tunc to incorporate the parties' respective responsibilities to disclose their infringement and invalidity contentions.

Respectfully submitted,

/s/ Joseph R. Spoonster

John K. Lind (#0052247)
Ronald H. Lasko (#0023414)
Joseph R. Spoonster (#0070863)
Thomas J. Vozar (#0037417)
Lasko & Lind Co. L.P.A.
1406 West Sixth Street, Suite 200
Cleveland, Ohio 44113-1300
Telephone:     216-574-2600
Facsimile:     216-574-2800
E-Mails:        jlind@laskolind.com
                     rlasko@laskolind.com
                     jspoonster@laskolind.com
                     tvozar@laskolind.com

James L. Lindon, Ph.D (#0068842)
Lindon & Lindon, LLC
1250 Linda Street
Rocky River, Ohio 44116
Telephone:     440-333-0011
Facsimile:     419-710-4925
E-mail:          JLindon@LindonLaw.com

Attorneys for Defendant
Sports Construction Group, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2006 a copy of the foregoing Motion was filed electronically.
Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.
This pleading may be accessed through the Court's electronic filing system.

/s/ Joseph R. Spoonster
One of the Attorneys for Defendant
Sports Construction Group, LLC