# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| FIELDTURF USA, INC., et al. | CASE NO. 1:06 CV 2624 |
| Plaintiffs, | Judge Patricia A. Gaughan |
| v. | **NOTICE OF DISMISSAL OF DEFENDANT SPORTS CONSTRUCTION GROUP, LLC'S FIFTH COUNTERCLAIM (VIOLATIONS OF 15 U.S.C. §2) WITHOUT PREJUDICE** |
| SPORTS CONSTRUCTION GROUP, LLC. | |
| Defendants. | |

Defendant, Sports Construction Group, LLC by and through its counsel, does hereby voluntarily dismiss without prejudice its Fifth Counterclaim (Violations of 15 U.S.C. §2) commonly referred to as the Anti-Trust Claim.

Respectfully submitted,

/s/ John K. Lind
_____

John K. Lind (#0052247)
Ronald H. Lasko (#0023414)
Thomas J. Vozar (#0037417)
Lasko & Lind Co. L.P.A.
1406 West Sixth Street, Suite 200
Cleveland, Ohio 44113-1300
Telephone:     216-574-2600
Facsimile:     216-574-2800
E-Mails:       jlind@laskolind.com
               rlasko@laskolind.com
               tvozar@laskolind.com

James L. Lindon, Ph.D (#0068842)
Lindon & Lindon, LLC
1250 Linda Street
Rocky River, Ohio 44116
Telephone:     440-333-0011
Facsimile:     419-710-4925
E-mail:        JLindon@LindonLaw.com

Attorneys for Defendant
Sports Construction Group, LLC

So Ordered.
/s/ Patricia A. Gaughan
4/4/07