IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FIELDTURF USA, INC., ET AL. | ) | |
| | ) | CASE NO.: 1:06CV2624 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SPORTS CONSTRUCTION GROUP, LLC, et at. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARILY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), the Plaintiffs, FieldTurf USA, Inc. and FieldTurf Tarkett Inc. (collectively referred to herein as "FieldTurf"), by and through their attorneys, Factor & Lake, Ltd., hereby give notice of their voluntary dismissal of Count One ("Infringement of U.S. Patent No. 6,551,689") of the Complaint *without prejudice* in the present case.

Respectfully submitted,

Date: April 18, 2007

s/ Jody L. Factor
Jody L. Factor, Esq.
Micheal D. Lake, Esq.
Nicholas S. Lee, Esq.
FACTOR & LAKE, LTD
1327 W. Washington Blvd.
Suite 5G/H
Chicago, IL 60607
Phone: (312) 226-1818
Facsimile: (312) 226-1919

Co-Counsel:
H. Alan Rothenbuecher (0041883)
Schottenstein, Zox & Dunn Co., LPA
US Bank Centre at Playhouse Square

1350 Euclid Avenue, Suite 1400
Cleveland, OH 44115
Phone: 216-621-6501
Facsimile: 216-621-6502

*Attorneys for Plaintiffs*
*FieldTurf USA, Inc. and FieldTurf Tarkett Inc.*

## CERTIFICATE OF SERVICE

I, Jody L. Factor hereby certify that on this 18th day of April 2007, a copy of the foregoing document entitled, **"NOTICE OF VOLUNTARILY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(i)"** was filed electronically via the Court's ECF/CM System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

s/ Jody L. Factor
Jody L. Factor
FACTOR & LAKE, LTD.
1327 W. Washington Blvd., Suite 5G/H
Chicago, Illinois 60607
Phone: (312) 226-1818
Fax: (312) 226-1919
Email: jfactor@factor-lake.com