**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| FIELDTURF USA, INC., ET AL. )<br>　　　　　　　　　　　　　　　　)<br>　　　　Plaintiffs, 　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>SPORTS CONSTRUCTION GROUP, )<br>LLC, ET AL.　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendants.　　　　　　　) | CASE NO.: 1:06CV2624-PAG |

**PLAINTIFFS' MOTION TO DISMISS
<u>FOR LACK OF SUBJECT MATTER JURISDICTION</u>**

On April 18, 2007, Plaintiffs FieldTurf USA, Inc. and FieldTurf Tarkett Inc. (collectively "FieldTurf") voluntarily dismissed Count I of the Complaint, i.e., Infringement of the '689 patent. (ECF No. 48). By this Motion, FieldTurf confirms that it gives up its right to sue defendant Sports Construction Group ("SCG") for infringement of the '689 patent as it relates to any current or past products that SCG used in the Concord University project -- the only location where "any" accusation has "ever" been made. Based upon the preceding, Federal Circuit case law holds that there is no further case or controversy over the validity, enforceability, or infringement of the '689 patent. Therefore, pursuant to Fed. R. Civ. P. 12(b)(1) and 28 U.S.C. §2201(a), the following counterclaims should be dismissed on the basis that this Court no longer has subject matter jurisdiction over them with respect to the '689 patent:

- Declaration that SCG does not infringe the '689 patent (Counterclaim I); and

- Declaration that the '689 patent is invalid (Counterclaim VII).

Dismissal of the counterclaims will streamline the parties' preparation for the upcoming Markman hearing, will conserve judicial resources, and will save cost and time for the parties.

A memorandum in support has been filed contemporaneously herewith.

Respectfully submitted,

Date:  May 7, 2007

/s/ H. Alan Rothenbuecher
Jody L. Factor, Esq.
Micheal D. Lake, Esq.
Nicholas S. Lee, Esq.
FACTOR & LAKE, LTD
1327 W. Washington Blvd.
Suite 5G/H
Chicago, IL  60607
Phone: (312) 226-1818
Facsimile: (312) 226-1919

Co-Counsel:
H. Alan Rothenbuecher (0041883)
Schottenstein, Zox & Dunn Co., LPA
US Bank Centre at Playhouse Square
1350 Euclid Avenue, Suite 1400
Cleveland, OH 44115
Phone: 216-621-6501
Facsimile: 216-621-6502

*Attorneys for Plaintiffs*
*FieldTurf USA, Inc. and FieldTurf Tarkett Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ H. Alan Rothenbuecher
H. Alan Rothenbuecher

*Attorney for Plaintiffs*
