## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| FIELDTURF USA, INC., et al. | CASE NO. 1:06 CV 2624 |
| Plaintiffs, | Judge Patricia A. Gaughan |
| v. | **NOTICE OF WITHDRAWAL OF SPORTS CONSTRUCTION GROUP'S MOTION TO COMPEL DISCOVERY AND MOTION FOR SANCTIONS AND ATTORNEYS' FEES** |
| SPORTS CONSTRUCTION GROUP, LLC., et al. | |
| Defendants. | |

Now comes Defendant, Sports Construction Group, LLC ("SCG"), and hereby gives notice of the withdrawal of its Motion to Compel Discovery and Motion for Sanctions and Attorneys' Fees, filed earlier today, following a discussion with Plaintiffs' counsel. In a good-faith attempt to resolve discovery issues between the parties, the parties have agreed to devote considerable time during the week of July 16, 2007 to resolve all discovery issues as they currently exists for both Plaintiffs and Defendant. SCG has suggested that FieldTurf similarly withdraw its motion to compel pending the outcome of these discussions.

In the event and to the extent that the discovery issues are not resolved over the next week, SCG reserves the right to resubmit its motion compelling FieldTurf to fully and completely respond to SCG's discovery requests or otherwise seek the Court's assistance with the discovery issues.

Respectfully submitted,

/s/ Thomas J. Vozar

                    John K. Lind (#0052247)
Ronald H. Lasko (#0023414)
Thomas J. Vozar (#0037417)
Lasko & Lind Co. L.P.A.
1406 West Sixth Street, Suite 200
Cleveland, Ohio 44113-1300
Telephone:   216-574-2600
Facsimile:   216-574-2800
E-Mails:   jlind@laskolind.com
            rlasko@laskolind.com
            tvozar@laskolind.com

James L. Lindon, Ph.D (#0068842)
Lindon & Lindon, LLC
1250 Linda Street
Rocky River, Ohio 44116
Telephone:   440-333-0011
Facsimile:   419-710-4925
E-mail: JLindon@LindonLaw.com

Attorneys for Defendant
Sports Construction Group, LLC

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 27, 2007 a copy of the foregoing Notice of Withdrawal of Sports Construction Group's Motion for Leave to Respond to Fieldturf's First Motion to Compel Discovery and Sanctions was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. This pleading may be accessed through the Court's electronic filing system.

                                                    /s/ Thomas J. Vozar
                                                    One of the Attorneys for Defendant
                                                    Sports Construction Group, LLC