**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| FIELDTURF USA, INC., et al. | CASE NO. 1:06 CV 2624 |
| Plaintiffs, | Judge Patricia A. Gaughan |
| v. | **NOTICE OF DEPOSITION OF DAVID MOSZKOWSKI** |
| SPORTS CONSTRUCTION GROUP, LLC. | |
| Defendant. | |

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Sports Construction Group, LLC, ("SCG") by its undersigned attorneys, shall take the deposition of David Moszkowski, on Monday, September 10, 2007 at 9:00 a.m. and Tuesday, September 11, 2007 beginning at 9:00 a.m., at the offices of Lasko & Lind Co., L.P.A., 1406 West Sixth Street, Suite 200, Cleveland, Ohio 44113-1300. The deposition(s) will be taken upon oral examination before a duly authorized or certified court reporter and will continue from day to day until completed.

Respectfully submitted,

/s/ Thomas J. Vozar

John K. Lind (#0052247)
Ronald H. Lasko (#0023414)
Thomas J. Vozar (#0037417)
Lasko & Lind Co. L.P.A.
1406 West Sixth Street, Suite 200
Cleveland, Ohio 44113-1300
Telephone:   216-574-2600
Facsimile:   216-574-2800
E-Mails:   jlind@laskolind.com
           rlasko@laskolind.com
           tvozar@laskolind.com

James L. Lindon, Ph.D (#0068842)
Lindon & Lindon, LLC
1250 Linda Street
Rocky River, Ohio 44116
Telephone:   440-333-0011
Facsimile:   419-710-4925
E-mail:   JLindon@LindonLaw.com

Attorneys for Defendant
Sports Construction Group, LLC

**CERTIFICATE OF SERVICE**

This is to certify that the original of the foregoing Notice of Deposition of David Moszkowski was sent via electronic mail and mailed by first class mail, postage pre-paid, this 15th day of August, 2007 to the following:

Jody L. Factor, Esq.
Nicholas S. Lee, Esq.
Factor & Lake, Ltd.
1327 W. Washington Boulevard, Suite 5G/H
Chicago, Illinois 60607

H. Alan Rothenbuecher, Esq.
Jay E. Krasovec, Esq.
Schottenstein, Zox & Dunn Co., LPA
U.S. Bank Center at Playhouse Square
1350 Euclid Avenue, Suite 1400
Cleveland, Ohio 44115

    Counsel for Plaintiff,
    FieldTurf USA, Inc. and FieldTurf Tarkett Inc.

    /s/ Thomas J. Vozar
    Attorneys for Defendant,
    Sports Construction Group, LLC